Case 1:24-mj-00176-MAU   Document 1-1   Filed 05/16/24

Case: 1:24-mj-00176
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 5/16/2024
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On May 10, 2024, the U.S. Parole Commission issued a warrant for the arrest of Kenneth GARRIS who was under supervision pursuant to a conviction in Superior Court in case number 2021 CF2 003574 for Unlawful Possession of a Firearm (prior conviction) in violation of 22 D.C. Code Section 4503 (2001 ed.).

On May 13, 2024, Deputy U.S. Marshals (DUSM) responded to 1438 4th Street, S.W. Washington, D.C., in an attempt to locate GARRIS pursuant to his arrest warrant. DUSMs were wearing United States Marshals Service (USMS) issued external vests with clearly visible, "POLICE" and "U.S. Marshal" insignia. The DUSMs observed and positively identified GARRIS exiting 1438 4th Street, S.W. and walking to the northbound sidewalk of O Stret, S.W. When a black Nissan Altima with Maryland tag 25937CJ pulled up, GARRIS entered the rear passenger side of the vehicle. Prior to the vehicle's departure, DUSMs activated their emergency lights on their unmarked vehicles and stopped the Nissan Altima. Specifically, DUSM Darryl Tucker pulled the front bumper of his vehicle toward the Nissan Altima's front bumper and was able to see GARRIS rock from side to side in the rear seat of the Altima, as if he was discarding an object. Marshals ordered GARRIS to exit the vehicle. GARRIS complied and was placed under arrest. A search incident to arrest revealed one circular white pill with the identifying markings "R P 5 325" and $1281.50 in GARRIS's pockets. DUSM Tucker learned that the white circular pill with identifying markings "R P 5 325" is Acetaminophen and Oxycodone Hydrochloride 325 mg / 5 mg which is classified as a Schedule 2 controlled substance under the Controlled Substance Act (CSA). The pill was not located in a prescription pill bottle nor GARRIS able to produce a prescription.

After GARRIS was placed into custody, DUSM Tucker spoke with W-1, the driver of the Nissan Altima, who identified himself as a Lyft driver. W-1 stated that he picked up GARRIS as a customer of the Lyft ride share service; he showed DUSM Tucker his cell phone, which displayed the Lyft screen containing turn-by-turn directions and a photo of a female who was later identified as GARRIS' girlfriend. W-1 also stated that GARRIS left his bag in the back seat. DUSM Tucker received permission from W-1 to search the vehicle in the area where GARRIS was sitting and found a Glock-19 handgun underneath the driver's seat. The handgun was shoved into a vent space with the barrel pointed towards the front of the vehicle in a manner that would only be accessible to the occupants of the back seat. GARRIS was the only occupant of the vehicle other than W-1, and the only occupant of the back seat. The serial number on the Glock was VRM252.

W-1 further stated that he does not own any firearms and that GARRIS appeared to panic after the DUSMs stopped the vehicle. W-1 recalled hearing an object fall in the back seat while GARRIS was panicking. W-1 was not certain if the object hit the backseat or the floor of the vehicle.

The firearm contained one round of ammunition in the chamber and sixteen rounds of ammunition in the magazine and had a total capacity of seventeen rounds. There are no firearms or ammunition distributors in the District of Columbia, therefore the firearm and ammunition must have traveled in interstate commerce. The MPD Corporate Support Bureau confirmed that the

firearm was not registered in Washington, DC and that GARRIS was not licensed to carry a firearm.

      A review of the defendant's criminal history revealed that the defendant was sentenced to 18 months of incarceration in D.C. Superior Court in 2021 CF2 003574 for Unlawful Possession of a Firearm; GARRIS has an additional conviction in 2017 CF2 017444 for Unlawful Possession of a Firearm, which carried a penalty greater than one year of incarceration. Therefore, at the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of a term exceeding one year and had knowledge of that fact.

      As such, your affiant submits that probable cause exists to charge Kenneth Edwin GARRIS with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
SPECIAL AGENT
NATALIA VOROTNIKOVA
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of May, 2024.

_____
THE HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE